1

2

3

4

5

6                                  UNITED STATES DISTRICT COURT

7                                       DISTRICT OF NEVADA

8                                                 * * *
                                                   )
9    DILYARA M. CANNON,                            )
                                                   )
10                   Plaintiff,                    )              2:10-CV-0909-LRH-RJJ
                                                   )
11   v.                                            )
                                                   )              ORDER
12   ARON ROGERS; et al.,                          )
                                                   )
13                   Defendants.                   )
     _____       )

14

15          Before the court is defendants Sandhya Wahl-Gururaj and Aron Rogers' (collectively

16   "defendants") motion to dismiss plaintiff Dilyara M. Cannon's ("Cannon") amended complaint.

17   Doc. #28.[1]

18          On June 14, 2010, Cannon filed a complaint against defendants in their official capacity

19   asserting a violation for civil racketeering. Doc. #1. Moving defendants filed an initial motion to

20   dismiss. Doc. #8.  After defendants filed their initial motion, Cannon filed an amended complaint

21   against defendants which withdrew the initial complaint's official capacity claims, instead alleging

22   individual capacity claims against defendants for fraud and civil racketeering. *See* Doc. #16.

23   Thereafter, defendants filed the present motion to dismiss incorporating in its entirety their initial

24   motion to dismiss. *See* Doc. #28.

25
     _____
26           [1] Refers to the court's docketing number.

The court has reviewed the documents and pleadings on file in this matter and finds that the incorporation of the initial motion to dismiss fails to address the new allegations in the amended complaint. In particular, the initial motion contains arguments concerning the issue of sovereign immunity relating to the original complaint's official capacity claims as well as the issue of improper venue due to a binding arbitration clause involving the defendants' employer, the Nevada System of Higher Education ("NSHE"), which are not alleged in the amended complaint. The defendants' contention that the allegations in the amended complaint are so identical to those in the initial complaint as to warrant incorporation of their initial motion to dismiss is incorrect. Therefore, the court shall deny defendants' motion to dismiss without prejudice and grant the defendants an opportunity to respond to the new allegations and claims in the amended complaint.

IT IS THEREFORE ORDERED that defendants' motion to dismiss (Doc. #28) is DENIED without prejudice. Defendants Sandhya Wahl-Gururaj and Aron Rogers shall have ten days from entry of this order to file a renewed motion to dismiss.

IT IS SO ORDERED.

DATED this 15th day of January, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE